IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jackson, Marilyn T | Case Number: 08 B 14373 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/22/09 | Filed: 6/4/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 2, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,520.00 | |
| Secured: | | 1,421.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 99.00 |
| Other Funds: | | 0.00 |
| Totals: | 1,520.00 | 1,520.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,374.00 | 0.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 2,924.00 | 0.00 |
| 4. | Fountain Crest Condominium Association | Secured | 5,646.46 | 292.19 |
| 5. | Chrysler Financial Services Americas LLC | Secured | 25,911.39 | 955.79 |
| 6. | Northern Illinois Gas | Secured | 4,463.00 | 173.02 |
| 7. | Wells Fargo Home Mortgage | Secured | 13,000.00 | 0.00 |
| 8. | Triumph Partnerships | Unsecured | 738.82 | 0.00 |
| 9. | Fountain Crest Condominium Association | Unsecured | 1,850.44 | 0.00 |
| 10. | Chrysler Financial Services Americas LLC | Unsecured | 331.00 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 10,439.87 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 349.74 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 2,445.01 | 0.00 |
| 14. | RMI/MCSI | Unsecured | 1,300.00 | 0.00 |
| 15. | CBCS | Unsecured | | No Claim Filed |
| 16. | CB Accounts | Unsecured | | No Claim Filed |
| 17. | City of Harvey | Unsecured | | No Claim Filed |
| 18. | Village of Dolton | Unsecured | | No Claim Filed |
| 19. | Collection | Unsecured | | No Claim Filed |
| 20. | Credit Protection Association | Unsecured | | No Claim Filed |
| 21. | Credit Protection Association | Unsecured | | No Claim Filed |
| 22. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 23. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 24. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 26. | MRSI | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Marilyn T

Printed: 01/22/09

Case Number: 08 B 14373
Judge: Wedoff, Eugene R
Filed: 6/4/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Merchant Credit Guide | Unsecured | | No Claim Filed |
| 28. | Kenneth Eisen & Associates | Unsecured | | No Claim Filed |
| 29. | Medical Collections | Unsecured | | No Claim Filed |
| 30. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 31. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 32. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 33. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 34. | MRSI | Unsecured | | No Claim Filed |
| 35. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 36. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| | | | $ 71,773.73 | $ 1,421.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 86.77 |
| 6.6% | 12.23 |
| | $ 99.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

